**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ignacio CORREA–MIRANDA,
Defendant—Appellant.**

No. 04–50040.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kenneth R. McMullan, Esq., San Diego, CA, for Defendant–Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Ignacio Correa–Miranda appeals from the 46–month sentence imposed after his guilty-plea conviction to being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and vacate and remand the sentence.

Correa–Miranda contends that the district court erred when it determined that his prior conviction constituted a "felony drug trafficking offense" under U.S.S.G. § 2L1.2(b).

The district court erred by relying solely upon the presentence report in determining that Correa–Miranda's prior conviction fit the generic definition of drug trafficking offense set forth in U.S.S.G. § 2L1.2, comment. (n.1(B)(iii)). *See United States v. Corona–Sanchez,* 291 F.3d 1201, 1212 (9th Cir.2002) (en banc).

Accordingly, we **VACATE** and **REMAND** for resentencing.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.